**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States,            )<br>                           )<br>            Plaintiff,   )<br>                           )<br>       vs.                )<br>                           )<br> Denard Darnell Neal,      )<br>                           )<br>            Defendant.     )<br>_____) | No. CR-90-03-PHX RCB<br><br>O R D E R |

On June 30, 2006, Denard Darnell Neal filed a "Request for Wavier [sic] of Fees, Fines and Costs;" and "Notice of Waiver of Protest."  Doc. 174.  After carefully considering this submission, and taking into account that the court has previously ordered Mr. Darnell to pay restitution, as well as a special assessment, the court hereby DENIES this "Request" and "Notice."

IT IS ORDERED denying Request for Waiver of Fees, Fines and Costs.

DATED this 19th day of October, 2006.

_____
Robert C. Broomfield
Senior United States District Judge

- 2 -

1  Copies to counsel of record