**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,           )<br>                                                    )<br>           Plaintiff,               )<br>                                                    )<br>vs.                                              )<br>                                                    )<br>Denard Darnell Neal,            )<br>                                                    )<br>           Defendant.             )<br>_____ ) | No. CR 90-0003-PHX-RCB<br><br>**ORDER** |

Defendant Denard Darnell Neal has filed a "LETTER OF INQUIRY IN REGARDS OF PENDING ACTION RULE 60(b)" (Doc. #181) requesting that he be provided with "information pursuant to the Freedom of Information Act." Attached to Defendant's Letter of Inquiry is a second letter addressed to the Clerk of Court, United States District Court for the District of Arizona, requesting disclosure of information pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a(d). Defendant's Letter of Inquiry will be denied.

By their express terms, both FOIA and the Privacy Act apply only to information held by a federal government "agency" as defined in the Administrative Procedure Act (APA), 5 U.S.C. § 551(1). Pennyfeather v. Tessler, 431 F.3d 54, 56 n.1 (2d Cir. 2005). The APA provides that "'agency' means each authority of the Government of the United States, . . . but does not include — . . . (B) the courts of the United States." 5 U.S.C. § 551(1). Defendant's request for information allegedly in the custody of the United States District Court for the

District of Arizona is therefore not authorized by either FOIA or the Privacy Act. Accordingly,

**IT IS ORDERED** that Defendant's Letter of Inquiry (Doc. #181) is **denied**.

Dated this 12th day of February, 2007.

Robert C. Broomfield
Senior United States District Judge