**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Denard Darnell Neal,              )<br>                                   )<br>              Petitioner,            )<br>                                   )<br>         vs.                       )<br>                                   )<br>United States of America,          )<br>                                   )<br>              Respondent.          )<br>_____) | No. CR-90-03-PHX RCB<br><br>O R D E R |

    Currently pending before the court is "Petitioner's Motion for Status of Rule 60(b) Motion" (doc. 201).  On February 20, 2006, petitioner filed an *ex parte* motion to void judgment (doc. 158). Petitioner claims that he has not been informed of the status of that motion, and requests to be so advised.  Doc. 201 at 2.

    By order dated August 24, 2006, this court denied petitioner's February 20, 2006 motion, and ruled on several other pending motions by him  See Doc. 178.  Although that order expressly provided that Mr. Neal, as "Petitioner pro se" was to receive a copy of that order, he claims he did not receive it.  Id. at 3:27.

    Therefore, IT IS ORDERED that "Petitioner's Motion for Status

of Rule 60(b) Motion (doc. 201) is GRANTED; and

IT IS FURTHER ORDERED that the Clerk of the Court shall provide a copy of document 178, as well as a copy of this order to Petitioner Denard Darnell Neal, #23843-008, USP-Atwater, United States Penitentiary, P.O. Box 019001, UCC 1-308, Atwater, CA 95301.

DATED this 15th day of April, 2009.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to counsel of record and petitioner *pro se*